IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02820-KLM

AMN Healthcare, Inc., a Nevada corporation,

    Plaintiff,

v.

Loyal Source Government Services LLC, a Florida limited liability company,

    Defendant.

---

NOTICE OF DISMISSAL WITH PREJUDICE

---

Under Fed. R. Civ. P. 41 (a)(1)(A)(i), AMN Healthcare, Inc., through its counsel, noting that Defendant has not filed an answer or motion for summary judgment in this action, hereby provides notice that, per a settlement reached with Defendant, it is voluntarily dismissing this action with prejudice.

Dated:  June 14, 2018.                          Respectfully submitted,

                        *s/ Kelly K. Robinson*
                        Kelly K. Robinson
                        Allison Tungate Mikulecky
                        SHERMAN & HOWARD L.L.C.
                        633 Seventeenth Street, #3000
                        Denver, Colorado 80202
                        Telephone: (303) 297-2900
                        Fax:  (303) 298-0940
                        krobinson@shermanhoward.com
                        amikulecky@shermanhoward.com
                        *Attorneys for AMN Healthcare, Inc.*